IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SHEILA B. CARTER, | ) | |
| Individually and as Executrix of the | ) | CIVIL ACTION FILE |
| Estate of James R. Carter, Decedent, | ) | NO. 2:18-cv-100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 3M f/k/a MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT GENERAL ELECTRIC COMPANY ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sheila B. Carter, Individually and as Executrix of the Estate of James R. Carter, Decedent and Defendant General Electric Company hereby stipulate and agree to the voluntary dismissal WITH PREJUDICE of any and all claims, counts, and causes of action asserted by Plaintiff against Defendant General Electric Company ONLY in the above-styled action.  Each party shall bear its own fees, costs, and expenses as it

pertains to the dismissal.    The Stipulation is agreed to by all parties who have

appeared and remain in the case.

Respectfully submitted this 6th day of May 2019.


**STIPULATED TO:**


*/s/ John E. Guerry, III  (signed w/ express permission iag)*
John E. Guerry, III, Esq.
South Carolina Bar No. 7268
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
rguerry@motleyrice.com
*Attorneys for Plaintiff*

John E. Suthers, Esq.
Georgia Bar No. 693210
D. Adam Harper, Esq.
Georgia Bar No. 997912
Suthers Law Firm
P.O. Box 8847
Savannah, GA 31412-8847
jes@sutherslaw.com
adam@sutherslaw.com
Attorneys for Plaintiffs

*/s/ Ivan A. Gustafson*
Ivan A. Gustafson
Georgia Bar No. 001630
Frances L. Spinelli
Georgia Bar No. 622926
Evert Weathersby Houff
3455 Peachtree Road, N.E. Suite 1550
Atlanta, GA 30326
iagustafson@ewhlaw.com
flspinelli@ewhlaw.com
*Attorneys for General Electric Company*


*/s/ Ivan A. Gustafson*
Ivan Gustafson, Esq.
Frances L. Spinelli, Esq.
Evert Weathersby Houff
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
iagustafson@ewhlaw.com
Attorneys for Uniroyal Holding, Inc.

*/s/ R. Matthew Martin (signed with express permission iag)*
Gary W. Marsh, Esq.
Georgia Bar No. 471290
Uchenna Ekuma-Nkama, Esq.
Georgia Bar No. 957861
R. Matthew Martin, Esq.
Georgia Bar No. 473450
Dentons US LLP
303 Peachtree Street NE Suite 5300
Atlanta, GA 30308
Gary.marsh@dentons.com
uchenna.ekuma-nkama@dentons.com
matt.martin@dentons.com
Attorneys for 3M Company

*/s/ Catherine Payne (signed with express permission iag)*
Phil Sandick, Esq.
Georgia Bar No. 217486
Clay Massey, Esq. *(admission to SDGA pending)*
Georgia Bar No. 476133
Catherine Payne, Esq.
Georgia Bar No. 463911
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
phil.sandick@alston.com
clay.massey@alston.com
Catherine.payne@alston.com
Attorneys for Bayer Cropscience, Inc., Union Carbide Corporation


*/s/ E. Elaine Shofner (signed with express permission iag)*
E. Elaine Shofner, Esq.
Georgia Bar No. 405361
Hawkins Parnell & Young LLP
303 Peachtree Street, N.E. Suite 4000
Atlanta, Georgia 30308
eshofner@hpylaw.com
Attorneys for Industrial Holdings Corporation f/k/a Carborundum; The Gorman-Rupp Company

*/s/ Lee Ann Anand (signed with express permission iag)*
Jeff Mapen, Esq.
Georgia Bar No. 469936
Lee Ann Anand, Esq.
Georgia Bar No. 004922
Nelson Mullins Riley & Scarborough
201 17th Street NW Suite 1700
Atlanta, GA 30363
Leeann.anand@nelsonmullins.com
jeff.mapen@nelsonmullins.com
Attorneys for Crane Co.; Goulds Pumps, Inc., Grinnell, LLC; ITT LLC

*/s/ Vonnetta Benjamin (signed with express permission iag)*
Michael J. Sullivan, Esq.
Georgia Bar No. 142203
Vonnetta Benjamin, Esq.
Georgia Bar No. 049890
Womble Bond Dickinson (US) LLP
271 17th Street NW Suite 2400
Atlanta, Georgia 30363-1017
michael.sullivan@wbd-us.com
vonnetta.benjamin@wbd-us.com
Attorneys for The Goodyear Tire & Rubber Company

*/s/ Luke Donohue (signed with express permission iag)*
C. Garner Sanford, Esq.
Georgia Bar No. 005020
Luke Donohue, Esq.
Georgia Bar No. 193361
Ogletree, Deakins, Nash, Smoak & Stewart, PC
One Ninety One Peachtree Tower
191 Peachtree Street NE Suite 4800
Atlanta, GA 30303
garner.sanford@ogletreedeakins.com
luke.donohue@ogletree.com
Attorneys for Metropolitan Life Insurance Company

*/s/ Jeffrey Bazinet (signed with express permission iag)*
Jeffrey Bazinet, Esq.
Georgia Bar No. 043523
Jeffrey A. Peters, Esq.
Georgia Bar No. 835927
Peters & Monyak, LLP
Blackstone Center Suite 100
1777 Northeast Expressway NE
Atlanta, GA 30329
japeters@petersmonyak.com
Attorneys for IMO Industries, Inc.; Warren Pumps, LLC


*/s/ Peter York (signed with express permission iag)*
Peter York, Esq.
Georgia Bar No. 781175
David C. Marshall, Esq.
Georgia Bar No. 471512
Hawkins Parnell & Young LLP
303 Peachtree Street, N.E. Suite 4000
Atlanta, Georgia 30308
dmarshall@hpylaw.com
pyork@hpylaw.com
Attorneys for Milwaukee Valve Company, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SHEILA B. CARTER, | ) | |
| Individually and as Executrix of the | ) | CIVIL ACTION FILE |
| Estate of James R. Carter, Decedent, | ) | NO. 2:18-cv-100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 3M f/k/a MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | | |

_____

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GENERAL ELECTRIC COMPANY ONLY upon Plaintiffs' counsel listed below and upon all known defense counsel via electronic mail and electronic filing via the Court's Electronic Case File (ECF) System:

7

John E. Suthers, Esq.
SUTHERS LAW FIRM
P.O. Box 8847
Savannah, Georgia 31417-8847
Jes@sutherslaw.com

John E. Guerry, III, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
rguerry@motleyrice.com

and all defense counsel of record

Uchenna Ekuma-Nkama, Esq.
R. Matthew Martin, Esq.
Dentons US LLP
303 Peachtree Street NE Suite 5300
Atlanta, GA 30308
uchenna.ekuma-nkama@dentons.com
matt.martin@dentons.com
Attorneys for 3M Company

Clay Massey, Esq.
Anna Sumner Pieschel, Esq.
Catherine Payne, Esq.
Phil Sandick, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
clay.massey@alston.com
anna.sumner.pieschel@alston.com
Catherine.payne@alston.com
phil.sandick@alston.com
Attorneys for Bayer Cropscience, Inc., Union Carbide Corporation


E. Elaine Shofner, Esq.
Hawkins Parnell & Young LLP
303 Peachtree Street, N.E. Suite 4000
Atlanta, Georgia 30308
eshofner@hpylaw.com
Attorneys for CertainTeed Corporation; Industrial Holdings Corporation f/k/a
Carborundum; The Gorman-Rupp Company

Lee Ann Anand, Esq.
Jeff Mapen, Esq.
Nelson Mullins Riley & Scarborough
201 17th Street NW Suite 1700
Atlanta, GA 30363
Leeann.anand@nelsonmullins.com
greg.oneil@nelsonmullins.com
jeff.mapen@nelsonmullins.com
Attorneys for Crane Co.; Goulds Pumps, Inc., Grinnell, LLC; ITT LLC f/k/a ITT
Corporation

Michael J. Sullivan, Esq.
Vonnetta Benjamin, Esq.
Womble Bond Dickinson (US) LLP
271 17th Street NE Suite 2400
Atlanta, Georgia 30363-1017
michael.sullivan@wbd-us.com
vonnetta.benjamin@wbd-us.com
Attorneys for The Goodyear Tire & Rubber Company

Garner Sanford, Esq.
Luke Donohue, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
One Ninety One Peachtree Tower
191 Peachtree Street NE Suite 4800
Atlanta, GA 30303
garner.sanford@ogletreedeakins.com
luke.donohue@ogletree.com
Attorneys for Metropolitan Life Insurance Co

Jeff Bazinet, Esq.
Crystal Filiberto, Esq.
Peters & Monyak, LLP
Blackstone Center
1777 Northeast Expressway NE Suite 100
Atlanta, GA 30329
jbazinet@petersmonyak.com
cfiliberto@petersmonyak.com
Attorneys for IMO Industries; Warren Pumps, Inc.

Peter York, Esq.
David C. Marshall, Esq.
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, N.E. Suite 4000
Atlanta, Georgia 30308
dmarshall@hpylaw.com
pyork@hpylaw.com
Attorneys for Milwaukee Valve Company

This 6th day of May 2019.

/s/ Ivan A. Gustafson
Ivan A. Gustafson
Georgia Bar No. 001630

Evert Weathersby Houff
3455 Peachtree Road, N.E. Suite 1550
Atlanta, GA 30326
IAGustafson@ewhlaw.com