# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

SHEILA B. CARTER, Individually
and as Executrix of the Estate
of JAMES R. CARTER, Decedent,

    Plaintiff,

v.

3M f/k/a MINNESOTA MINING &
MANUFACTURING COMPANY, *et al.*

    Defendants.

CV 2:18-100

## ORDER

Before the Court is Plaintiff Sheila Carter and Defendant 3M Company's stipulation of dismissal, dkt. no. 118, wherein they notify the Court that they wish to dismiss all claims asserted by Plaintiff against 3M Company without prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] Accordingly, all claims asserted against Defendant 3M Company are dismissed without prejudice. Each party shall bear its own fees and costs. All other claims remain pending.

**SO ORDERED**, this 25th day of June, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

---

[1] Although the stipulation does not expressly note Defendant Crane Co.'s stipulation to the dismissal, the stipulation *is* signed by its attorney of record. Crane Co.'s stipulation is thus inferred.